1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KEVIN HOLMES,                              )        NO. CV 08-2983 MMM (FMO)
                                           )
              Plaintiff,                   )
                                           )
       v.                                  )        **ORDER TO SHOW CAUSE**
                                           )
LOS ANGELES COUNTY SHERIFF'S               )
DEPARTMENT, et al.,                        )
                                           )
              Defendant.                   )
_____ )

       By order dated June 11, 2008, plaintiff was ordered to serve the summons and first
amended complaint ("FAC") on all named defendants in this action within one hundred and twenty
(120) days of the filing of the FAC, which was filed on June 10, 2008.  It appears from the record
that plaintiff has failed to complete service on defendant Deputy Fisher as ordered.  Nor has
plaintiff filed a request for an extension of time in which to do so.

       Accordingly, **IT IS HEREBY ORDERED THAT**, **on or before January 5, 2009,** plaintiff
shall show cause, if any there be, why this action should not be dismissed for plaintiff's failure to
complete service of the summons and FAC as required by Rule 4(m), Federal Rules of Civil
Procedure.  **Plaintiff shall attempt to show such cause in writing by filing a declaration
signed under penalty of perjury.  Failure timely to file such a declaration or to show cause
as ordered may result in dismissal of this action as to defendant Deputy Fisher for failure**

to prosecute.  **Filing of the proof of service shall be a satisfactory response to the Order to Show Cause.**

**IT IS SO ORDERED.**

Dated this 12th day of December, 2008

/s/
_____
Fernando M. Olguin
United States Magistrate Judge