JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 21 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOLMES, | Case No. CV 08-2983 MMM (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

IT IS ADJUDGED that defendant Deputy Fisher is dismissed without prejudice.

DATED: August 21,          , 2009.


_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE